**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7122**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

LEONTE DEMETRIUS MACK,

              Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Peter J. Messitte, Senior District Judge.  (8:09-cr-00247-PJM-1)

Submitted:  March 27, 2014          Decided:  March 31, 2014

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Remanded by unpublished per curiam opinion.

Leonte Mack, Appellant Pro Se.   Adam Kenneth Ake, William Moomau, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leonte Demetrius Mack seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. The district court entered its order on May 8, 2013, and it docketed Mack's notice of appeal on July 15, 2013, one week beyond the expiration of the sixty-day appeal period. See Fed. R. App. P. 4(a)(1)(B); Fed. R. App. P. 26(a)(1)(C). Mack indicates, however, that he delivered his notice of appeal to prison officials on June 5, 2013, well within the appeal period. Because Mack is incarcerated, the notice is considered filed as of the date it was properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1); Houston v. Lack, 487 U.S. 266 (1988). The present record does not conclusively reveal when Mack delivered the notice of appeal to prison officials for mailing. Accordingly, we remand the case for the limited purpose of allowing the district court to obtain this information from the parties and to determine whether the filing was timely. The record, as supplemented, will then be returned to this court for further consideration.

REMANDED

2